

No attorney on appeal.

Wesley Dice, State's Atty., Austin, for the State.

WOODLEY, Judge.

The offense is sodomy; the punishment assessed by the court, upon a plea of guilty, is 5 years in the penitentiary.

The record before us contains no notice of appeal, in the absence of which this court has no jurisdiction.

The appeal is dismissed.

No attorney on appeal.

Henry Wade, Criminal Dist. Atty., Charles S. Potts, Asst. Dist. Atty., Dallas, Wesley Dice, State's Atty., Austin, for the State.

MORRISON, Judge.

The offense is burglary; the punishment, 5 years.

The record is before us without a statement of facts or bills of exception.

All the proceedings appearing regular and nothing being presented for our review, the judgment of the trial court is affirmed.

**WILSON v. STATE.**

No. 26822.

Court of Criminal Appeals of Texas.

Feb. 10, 1954.

**DE FORD v. STATE.**

No. 26731.

Court of Criminal Appeals of Texas.

Jan. 6, 1954.

